UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McGriff,

                             Plaintiff,

     - *against* -

Keyser, et al.,

                            Defendants.

**AMENDED ORDER**

17 Civ. 7307 (NSR)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

The Order entered herein on August 28, 2020 [Dkt. 79], pertaining to the possible appointment of *pro bono* counsel, is hereby amended to specify that volunteer counsel may, at counsel's election, enter an appearance for discovery purposes only.

Dated: September 2, 2020
       White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.