*upon notice to plaintiff*

Copies mailed 6/15/21
Chambers of Judge Davison

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEWITT MCGRIFF,

                      Plaintiff,

     - against -

Superintendent KEYSER; Hearing Officer
POLIZZI; Director of SHU VENETTOZZI;
Investigator KEYSER,

                      Defendants.
------------------------------------------------------------X

17-CV-7307 (NSR)(PED)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/21

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff, Dewitt McGriff, DIN 97-A-6773, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated: White Plains, New York
       6/15, 2021

So Ordered:

HON. PAUL E. DAVISON
United States Magistrate Judge