**O'Melveny**

O'Melveny & Myers LLP  T: +1 212 326 2000
1301 Avenue of the Americas  F: +1 212 326 2061
Suite 1700  omm.com
New York, NY 10019-6022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2025

August 8, 2025

**Michael Klotz**
D: +1 212 728 5983
mklotz@omm.com

<u>VIA ECF AND VIA FAX ((914) 390-4179)</u>

The Honorable Nelson Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

> The parties' joint request for a stay is GRANTED. The action shall be stayed until September 5, 2025 upon which time the parties should submit a settlement agreement to the Court. The Clerk of Court is directed to terminate the motion at ECF No. 148.
>
> Dated: August 11, 2025
>    White Plains, NY
>
> SO ORDERED:
> /s/ Nelson S. Román
> NELSON S. ROMÁN
> United States District Judge

Re:   <u>*McGriff v. Hearing Officer Polizzi*</u>, No. 17-cv-7307-NSR-VR

Dear Judge Román :

Counsel for Plaintiff Dewitt McGriff and Defendant Anthony Polizzi write jointly to request a stay of the deadlines set by the Court for briefing Defendant's motion for summary judgment. Dkt. No. 147.

The parties have reached an agreement in principle to resolve this litigation via settlement, and seek time to finalize the terms of this agreement. The requested stay is intended to avoid unnecessary work by the parties on the pending motion which will become moot if a settlement is reached.

We hope to be able to submit a settlement agreement to the Court for its approval on or before September 5, 2025.

Respectfully submitted,

*/s/ Michael M. Klotz*

Mark W. Robertson
Michael M. Klotz
O'Melveny & Myers LLP
*Pro Bono Counsel for Plaintiff Dewitt McGriff*

*/s/ Jessica Acosta-Pettyjohn*

Jessica Acosta-Pettyjohn
New York State General
*Counsel for Defendant Hearing Officer Polizzi*

MEMO ENDORSED